UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGILLIO VIRGO,<br><br>         Plaintiff,<br><br>   -against-<br><br>BRONX MEDICAL,<br><br>         Defendant. | 20-CV-2729 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued April 22, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that under the September 21, 2018 order in *Virgo v. Wright*, ECF 1:17-CV-10006, 6 (S.D.N.Y. Sept. 21, 2018), the complaint is dismissed without prejudice.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: April 22, 2020
     New York, New York

                       COLLEEN McMAHON
                    Chief United States District Judge